IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OSCAR ORTEZ, et.al., <br><br> Plaintiffs, <br><br> vs. <br><br> BETA ELECTRIC ELP, LLC, et.al., <br><br><br> Defendants. | Civil Action No.: 2:23-cv-03693 <br><br> **Notice of Motion** |

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Andrew Glenn, Esq. sworn to on January 15, 2025, and all exhibits attached thereto, along with the memorandum of law in support, the undersigned will respectfully move the United States District Court for the District of New Jersey, located at the MLK Jr. Federal Bldg. & U.S. Courthouse, 50 Walnut Street Newark, NJ 07102, before the Honorable Julien Xavier Neals, U.S.D.J., on March 17, 2025, for Plaintiffs' Motion for Final Default Judgement.

Dated: January 15, 2025

Respectfully Submitted,

Jaffe Glenn Law Group, P.A.

/s/Andrew I. Glenn, Esq.
aglenn@jaffeglenn.com
Jodi J. Jaffe, Esq.
jjaffe@jaffeglenn.com
300 Carnegie Center, Suite 150
Princeton, NJ 08540
Tel: (201 687-9977
*Attorneys for Plaintiffs*