UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| OSCAR ORTEZ, on his own behalf, and on behalf of all similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>BETA ELECTRIC ELP, LLC, and all other affiliated entities and/or joint employers, all whose true names are unknown,<br>DOUGLAS TARNOPOLL, Individually,<br><br>Defendants. | Civil Action No. 23-cv-3693 (JXN)(MAH)<br><br>**ORDER** |

**NEALS**, District Judge:

This matter comes before the Court on Plaintiff Oscar Ortez ("Ortez") and Opt-In Plaintiffs Javier Sorto ("Sorto"), Kelvin Ricardo Flores ("Flores"), David Osorto ("Osorto"), and Franklin Castellanos's ("Castellanos") (collectively, "Plaintiffs") unopposed motion for default judgment against Defendants Beta Electric ELP, LLC ("Beta Electric"), and Douglas Tarnopoll ("Tarnopoll") (collectively, "Defendants"), pursuant to the Federal Rules of Civil Procedure 55(b) (ECF No. 20). The Court has carefully considered Plaintiffs' submissions and decides this matter without oral argument pursuant to Federal Rule of Civil Procedure 78(b) and Local Civil Rule 78.1(b).

For the reasons set forth in the accompanying opinion,

**IT IS** on this 31st day of July, 2025,

**ORDERED** that Plaintiffs' motion for default judgment (ECF No. 20) is **GRANTED**; it is further

**ORDERED** that Plaintiffs are entitled to the following damages:

  (i)  Ortez is awarded $136,800.00, which is comprised of $45,600.00 in unpaid overtime compensation and $91,200.00 in liquidated damages;

  (ii)  Sorto is awarded $57,750.00, which is comprised of $28,875.00 in unpaid overtime compensation and $28,875.00 in liquidated damages;

  (iii)  Flores is awarded $45,540.00, which is comprised of $22,770.00 in unpaid overtime compensation and $22,770.00 in liquidated damages;

  (iv)  Osorto is awarded $32,760.00, which is comprised of $16,380.00 in unpaid overtime compensation and $16,380.00 in liquidated damages;

  (v)  Castellanos is awarded $47,190.00, which is comprised of $23,595.00 in unpaid overtime compensation and $23,595.00 in liquidated damages; it is further

**ORDERED** that the Court **RESERVES** decision on attorneys' fees and costs pending the Court's review and receipt of supplemental submissions as instructed herein; it is further

**ORDERED** that, in accordance with the accompanying Opinion, Plaintiffs shall file supplemental documentation regarding the attorneys' fees and costs by no later than August 14, 2025; and it is further

**ORDERED** that Plaintiffs shall serve a copy of this Order and the accompanying Opinion on Defendants within ten (10) days of the date of this Order and thereafter shall promptly file proof of such service on the docket.

_____
HONORABLE JULIEN XAVIER NEALS
United States District Judge